# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | **:** | **Next Date:  2/8/07** |
| | **:** | |
| **MARLON DAVID** | **:** | |

## <u>DEFENDANT'S NOTICE OF FILING</u>

Defendant Marlon David, by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
       January 31, 2007           Respectfully submitted,

                    **LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
                A. Eduardo Balarezo (Bar # 462659)
                400 Fifth Street, NW
                Suite 300
                Washington, DC  20001

                *Attorney for Defendant Marlon David*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31ST day of January 2007, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and attached Request for Discovery to be delivered via Electronic Case Filing to:

> Martin Carpenter, Esq.
> Assistant United States Attorney
> Office of the United States Attorney for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, DC 20001

_____
A. Eduardo Balarezo