UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.  06-92-04 (TFH) |
| | : | |
| **MARLON CHRISTOPHER DAVID,** | : | |
| Defendant. | : | Hearing Date: April 13, 2007 |

**ORDER**

Having reviewed the Government's Motion Regarding 609 Evidence, any Opposition thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby rules that the Government's Motion regarding FRE 609 evidence is GRANTED.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  IT IS SO ORDERED, this _____ day of April, 2007.

_____
JUDGE THOMAS F.  HOGAN
Chief Judge, United States District Court
        for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

Clerk of the Court
United States District Court
for the District of Columbia