UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 06-92-04 (TFH) |
| | : | |
| MARLON CHRISTOPHER DAVID, | : | |
| Defendant. | : | Hearing Date: April 13, 2007 |

**GOVERNMENT'S MOTION & NOTICE OF DEFENDANTS' PRIOR CONVICTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves and provides this Honorable Court with notice of the previous convictions of the defendants in the matter for trial. The Government states as follows:

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, **MARLON CHRISTOPHER DAVID**, has been convicted of the following offense:

| Offense | Case Number | Court/Jurisdiction | Date |
| --- | --- | --- | --- |
| PWID COCAINE WITHIN 1000 FEET OF A PUBLIC SCHOOL | CR 92-269 | U.S. DISTRICT COURT, D.C. | 06-27-92 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b). The

existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life, while the existence of two or more prior qualifying drug convictions subjects the defendant to a mandatory life sentence without the possibility of release.

Further, the defendant(s) may face additional penalty enhancements under the federal sentencing guidelines. These added penalty enhancements may include designation as a career offender under Section 4B of the United States Sentencing Commission's Guidelines Manuel. Such a designation could significantly increase the defendant's sentencing exposure to 30 years to life imprisonment.

WHEREFORE, for all of the foregoing reasons, the Government respectfully moves to provide this Honorable Court with the above stated notice of prior convictions.

                                Respectfully submitted,

                                JEFFERY A. TAYLOR
                                UNITED STATES ATTORNEY
                                D.C. BAR NO. 498-610

By: _____
     MARTIN DEE CARPENTER
     Assistant United States Attorney
     Organized Crime and Narcotics Trafficking Section

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 29th day of March, 2007, to counsel for Defendant David, Eduardo Balarezo, Esquire, by electronic filing to:

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email: kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email: rudasilljr7@aol.com

 

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063

Email: martin.carpenter2@usdoj.gov