UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 06-92-04 (TFH) |
| | : | |
| **MARLON CHRISTOPHER DAVID,** | : | |
| Defendant. | : | Hearing Date: April 13, 2007 |

### ORDER

Based on the representations in the Government's Motion and Notice of Defendant's Prior Convictions and for good cause shown, it is hereby Ordered that the Government's motion, is hereby GRANTED, this _____ day of April, 2007.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case. SO ORDERED.

_____
JUDGE THOMAS F. HOGAN
Chief Judge, United States District Court
      for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

Clerk of the Court
United States District Court
for the District of Columbia