UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 06-CR-92(4) (TFH) |
| *v*. : | Next Date: 4/13/07 |
| : | |
| MARLON DAVID : | |

**DEFENDANT DAVID'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE PRE-TRIAL MOTIONS AND
TO RESPOND TO GOVERNMENT MOTIONS**

Defendant Marlon David ("David"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions and for to reply to the government's recently filed motion. As grounds for this motion, Mr. David states as follows:

1. At the last status hearing on March 9, 2007, the Court set April 13, 2007, as the deadline for the filing of pre-trial motions. Since then, the government has filed several motions.

2. The Court also set that date for a status hearing and possible ascertainment of counsel in light undersigned counsel's current trial schedule. As undersigned counsel informed the Court, he is currently engaged in a protracted RICO trial before Judge Richard W. Roberts, which began in February and is scheduled to last approximately six months. Counsel's other professional obligations will make him unavailable to try this case possibly until early 2008. Counsel has conferred with Mr. David regarding the scheduling issues and Mr. David has indicated that he nevertheless wishes to maintain current counsel.

3. Due to counsel's current trial obligations, he has been unable to fully review the discovery provided by the government. Additionally, the times that counsel has

visited Mr. David at the DC Jail to review discovery videos he has been unable to do so because the jail's VCRs were not functioning. As a result, counsel is not able to file anticipated pretrial motions nor respond to the government's motion by the deadline.

    4.    Counsel has conferred with AUSA Martin Carpenter regarding this motion and the government consents to an enlargement of time. Counsel has not been able to consult with codefendant's counsel.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. David respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
       April 11, 2007                   Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**

                                    _____
                                    A. Eduardo Balarezo (Bar No. 462659)
                                    400 Fifth Street, N.W.
                                    Suite 300
                                    Washington, D.C. 20001
                                    (202) 639-0999 (tel)
                                    (202) 783-5407 (fax)

                                    *Attorney for Marlon David*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 11th day of April 2007, I caused a true and correct copy of the foregoing Defendant David's Consent Motion for Enlargement of Time to File Pre-Trial Motions and to Respond to Government Motions to be delivered to the parties in this case via Electronic Case filing.

                     _____
                     A. Eduardo Balarezo