UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Criminal No. 06-CR-92(4) (TFH) |
| *v.* : | Next Date: 4/13/07 |
| : | |
| **MARLON DAVID** : | |

## O R D E R

Upon consideration of Defendant David's Consent Motion for Enlargement of Time to File Pre-Trial Motions and to Respond to Government's Motion, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that a new motions schedule shall be set at the status hearing of April 13, 2007.

_____
**THOMAS F. HOGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**