UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* : | **Next Date: 5/18/07** |
| : | |
| **MARLON DAVID** : | |

### ORDER

Upon consideration of government's Notice of Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Under F.R.C.P. [sic] 404(b) and Government's Motion to Admit such Evidence at Trial, Defendant's Opposition thereto, and the entire record in this case, it is this _____ day of _____, 2007, hereby

**ORDERED,** that the government's Motion is **DENIED**; and it further

**ORDERED,** that the government shall be barred from introducing evidence of Mr. David's prior convictions at the trial in this case.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**