UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | Next Date: 5/18/07 |
| | : | |
| **MARLON DAVID** | : | |

## ORDER

Upon consideration of the government's Motion Regarding Rule 609 Evidence, Defendant David's Opposition Thereto, and the entire record in this case, it is this ___ day of _____ 2007, hereby

**ORDERED**, that the government's Motion is **DENIED**; and it is further

**ORDERED**, that the government shall be precluded from introducing evidence of defendant David's alleged prior felony convictions.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**