## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| ***v.*** : | **Next Date: 5/18/07** |
| : | |
| **MARLON DAVID** : | |

### O R D E R

Upon consideration of Defendant David's Motion to Dismiss Superseding Indictment or, Alternatively, for a Bill of Particulars and Incorporated Memorandum of Points and Authorities in Support Thereof and any opposition, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**