UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | **Next Date: 5/18/07** |
| | : | |
| **MARLON DAVID** | : | |

## ORDER

Upon consideration of Defendant David's Motion for a Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Co-Conspirators' Statements Pursuant to Rule of Evidence 802(d)(2)(E), and Memorandum of Points and Authorities in Support Thereof and any opposition thereto, it is this _____ day of _____ 2007, hereby:

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**