## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | **:** | **Next Date:  5/18/07** |
| | **:** | |
| **MARLON DAVID** | **:** | |

<u>**ORDER**</u>

Upon consideration of Defendant David's Motion for Discovery of Co-Defendant and Co-Conspirator Statements, and any opposition, it is this _____ day of_____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.


_____

**THOMAS F. HOGAN**
**CHIEF JUDGE**