UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 06-CR-92(4) (TFH) |
| v. | : | Next Date: 5/18/07 |
| | : | |
| MARLON DAVID | : | |

### DEFENDANT DAVID'S MOTION TO ADOPT AND CONFORM TO CODEFENDANT'S MOTIONS

Defendant Marlon David ("David"), by and through undersigned counsel, respectfully moves the Honorable Court for leave to adopt and conform to Motions filed on behalf of other defendants in the above-captioned matter that assert grounds for relief that Defendant has standing to raise and are not inconsistent with relief he seeks in his own motions. Defendant maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

**WHEREFORE**, for the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Dated: Washington, DC
May 6, 2007                                  Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel) / (202) 783-5407 (fax)

*Attorney for Marlon David*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 6th day of May 2007, I caused a true and correct copy of the foregoing Defendant David's Motion to Adopt and Conform to Codefendant's Motions to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo