UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | **Next Date:  5/18/07** |
| | : | |
| **MARLON DAVID** | : | |

## ORDER

Upon consideration of Defendant David's Motion to Adopt and Conform to Codefendant's Motions, and any opposition thereto, it is this _____ day of_____ 2007 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**