UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* : | |
| : | |
| **MARLON DAVID** : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Marlon David, by and through undersigned counsel, respectfully requests that the attached Defendant's Second Request for Discovery be made part of the record in this case:

Dated: Washington, DC
    June 4, 2007                    Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**


                            By:    _____
                                    A. Eduardo Balarezo (Bar # 462659)
                                    400 Fifth Street, NW
                                    Suite 300
                                    Washington, DC  20001

                                    *Attorney for Defendant Marlon David*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June 2007, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and attached Second Request for Discovery to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo