LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC 20001

(202) 639-0999 (TEL)  ADMITTED IN DC, MD & NY
(202) 783-5407 (FAX)  LAWOFFICE@BALAREZO.NET

June 4, 2007

Martin Carpenter, Esq.
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20001

       Re:    United States v. Marlon David
                Criminal No. 06-CR-92(4) (TFH)

Dear Mr. Carpenter:

       Pursuant to Federal Rules of Criminal Procedure 16(a) and 26.2, *Brady v. Maryland,* 373 U.S. 83 (1963), and all other applicable rules and statutes, I write to request the following discovery in the above-captioned case:

       <u>Complete copy of surveillance video of January 18, 2006</u>

       You have provided me with four (4) copies of this video. However, in reviewing it again, I noticed that it contains gaps at critical points. First, there is a gap from 7:38:21pm to 7:46:04pm. Second, there is a gap from 7:46:37pm to 7:47:03pm. The gaps coincidentally occur at the time when Mr. David's vehicle allegedly arrives on the scene and then a person purported to be a coconspirator allegedly exits the vehicle.

       <u>Copy of videotape/audiotape of interview of January 23, 2007</u>

       I have reason to believe that the interview of Mr. David by MPD personnel was in some way recorded. Please provide me a copy of the recording(s). Because this recording may be the subject of a motion to suppress (currently due by June 18) I ask that you produced it by June 8.

       Thank you for your assistance in this matter. Please call me if you have any questions.

                             Sincerely,

                             A. Eduardo Balarezo