UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Criminal No. 06-CR-92(4) (TFH) |
| *v.* : | |
| : | |
| **MARLON DAVID** : | |

## DEFENDANT'S MOTION TO TRANSFER TO CTF

Defendant Marlon David ("David"), by and through undersigned counsel, hereby respectfully moves the Court for an Order directing the District of Columbia Department of Corrections to transfer Mr. David from the District of Columbia Jail to the Correctional Treatment Facility (CTF). As grounds for this motion Mr. Jackson states as follows:

1. The government has charged Mr. David with participating in a narcotics conspiracy along with various substantive narcotics-related charges.

2. He has been held without bond at the District of Columbia Jail since his arrest on January 23, 2007. Trial is currently scheduled for February 11, 2008.

3. Mr. David suffers from multiple medical conditions, including, anemia, hypertension, hyperthyroidism and internal bleeding.[1] According to Mr. David, his medical needs are not being met at the D.C. Jail.

4. Upon information and belief, Mr. David would receive better care at CTF than he is currently receiving at the D.C. Jail. Additionally, given that trial is approximately eight months away, housing Mr. David at the Central Treatment Facility would be more humane given the generally better conditions at that facility.[2]

---

[1] These conditions were self-reported by Mr. David and are noted in the Attached Medical/Mental Health Alert.
[2] Mr. David's co-defendant, Mr. Cooke, is already at CTF.

5. Mr. David has not had access to the medication and treatment he needs and fears that his health could suffer as a result of the unsanitary conditions at the District of Columbia Jail.

6. Due Mr. David's medical needs, he respectfully moves the Court for an Order directing the District of Columbia Department of Corrections to transfer him from the District of Columbia Jail to CTF, which is more prepared to treat inmates with medical needs and may provide more humane surroundings while Mr. David awaits trial.

7. Undersigned counsel has been unable to contact AUSA Carpenter regarding the government's position.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. David respectfully requests that this motion be **GRANTED.**

Dated: Washington, DC
      June 5, 2007                                                Respectfully submitted,

                                        **LAW OFFICE OF A. EDUARDO BALAREZO**

                            By: _____
                                A. Eduardo Balarezo, Esq. (Bar # 462659)
                                400 Fifth Street, NW
                                Suite 300
                                Washington, DC  20001

                                *Counsel for Defendant Marlon David*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June 2007, I caused a true and correct copy of the foregoing Defendant's for Transfer to CTF to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo