UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* : | |
| : | |
| **MARLON DAVID** : | |

## ORDER

Upon consideration of Defendant David's Motion to Transfer to CTF, any opposition thereto, and for good cause shown, it is this _____ day of_____ 2007 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; it is further

**ORDERED**, that the District of Columbia Department of Corrections, and the Warden, District of Columbia Jail, is hereby directed to transfer inmate Marlon David a/k/a Marion David (DCDC # 255-928) to the Central Treatment Facility and to provide medical care as necessary for the conditions described in the attached Medical/Mental Health Alert.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**

cc:

Warden, DC Jail
1903 D Street, SE
Washington, DC  20003