# MEDICAL/MENTAL HEALTH ALERT
(This is not a court order.)

Defendant's Name __Marlon (Marian) David__   Case # __06-CR-92(4)(TFH)__

DCDC # __255-928__   PDID# _____   DOB _____

1. **Medical Condition (including psychiatric):**
   _Anemia, HyperThyroidism, hypertension, internal bleeding_

2. **Medication (dosage & frequency if known):**
   _prilosec, Iron, stool softener_

3. **Special Needs:**   ☐ wheelchair   ☐ urinary catheter   ☐ other

4. **Primary/Treating Physician (if known)** _____
   **Telephone No.** _____

5. **Information furnished by:** _Marlon David_
   please print

   ☐ Defense Attorney   ☒ Defendant   ☐ Court Observation   ☐ Other

6. **Required Signatures:**

   x _Marlon C. David_                    _[signature]_
   Defendant's Signature                  Attorney's Signature

   _____                             _6/4/07_
   Deputy Clerk/Judicial Officer          Date

   Received by: _____                Date: _____
   (Deputy U.S. Marshal)

1 – Court   2 – DOC   3 – USMS   4 – Defendant

A copy of this form should be faxed by the Court to the DOC Medical Unit at 673-8010 ASAP