UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                                )         Cr. No. 06-0092-04 (TFH)<br>)<br>MARION CHRISTOPHER DAVID, also )<br>known as Marlon David,                      )<br>)<br>Defendant.                            )<br>) | |

### ORDER

Upon consideration of David's motion to transfer to CTF (# 57), the Court **GRANTS** the motion and, accordingly,

**ORDERS** that the District of Columbia Department of Corrections and the Warden of the District of Columbia Jail are requested to transfer inmate Marion David, also known as Marlon David, (DCDC # 255-928) to the Central Treatment Facility and to provide medical care as necessary for the conditions described in the attached Medical/Mental Health Alert.

**SO ORDERED**.

June 14, 2007

Thomas F. Hogan
Chief Judge