**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | **Next Date:  6/20/07** |
| | : | |
| **MARLON DAVID** | : | |

## <u>ORDER</u>

Upon consideration of Defendant Marlon David's Motion to Suppress

Identification, and any opposition thereto, it is this _____ day of _____ 2007, hereby

**ORDERED,** that Defendant's Motion is G**RANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**