# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**   : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.*   : | **Next Date:  6/20/07** |
| : | |
| **MARLON DAVID**   : | |

## ORDER

Upon consideration of Defendant David's Motion to Suppress Statements and Incorporated Memorandum of Points and Authorities in Support Thereof, the government's response, and the record of the evidentiary hearing in this matter, it is this ____ day of _____, 2007, hereby

**ORDERED,** that this Motion is **GRANTED**; and it further

**ORDERED,** that the government shall be barred from using Defendant David's custodial statements at the trial in this case.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**