UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | **Next Date:  7/20/07** |
| | : | |
| **MARLON DAVID** | : | |

**DEFENDANT DAVID'S CONSENT MOTION TO
CONTINUE MOTIONS HEARING**

Defendant Marlon David ("David"), by and through undersigned counsel, hereby respectfully moves the Court for a continuance of the currently scheduled motions hearing. As grounds for this motion, Mr. David states as follows:

1.   At the last status hearing on May 18, 2007, the Court set July 20, 2007, as the date for a motions hearing. The Court directed the defense to file motions by June 18th and the government to respond within three weeks thereafter.[1] Additionally, the Court set February 11, 2008, for trial.

2.   As counsel has informed the Court, he is currently engaged in a protracted RICO trial before Judge Richard W. Roberts, which began in February and is scheduled to last until at least August 2007. Accordingly, counsel has had very little time to attend to other issues, including his health. Counsel had a doctor's appointment last Friday, where it was recommended that counsel undergo an outpatient procedure within the next few weeks. Counsel must also take certain preparatory measures before the procedure. Because Fridays is the only day counsel has available given his current trial, he has scheduled the outpatient procedure for Friday, July 20th, the scheduled motions date.

---

[1] The defense has filed several motions to which the government has not responded.

      3.      Counsel has conferred with AUSA Martin Carpenter regarding this motion and the government consents to a continuance of the motions hearing. Undersigned counsel has also agreed with the government that he will not oppose the government's request to have until July 16th to respond to defense motions.

      4.      Mr. David's codefendant, Raymond Cooke, has apparently agreed to plead guilty in this case. Thus, a continuance of the motions hearing should not prejudice him in any manner. Finally, Mr. David and the government are currently discussing a disposition to this case and the continuance of the motions hearing should not prejudice Mr. David in any manner either.

      5.      Mr. David respectfully requests that the current motions hearing be continued to a date convenient for the Court.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. David respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
       June 25, 2007                    Respectfully submitted,

                                       **LAW OFFICE OF A. EDUARDO BALAREZO**

                                       _____
                                       A. Eduardo Balarezo (Bar No. 462659)
                                       400 Fifth Street, N.W.
                                       Suite 300
                                       Washington, D.C. 20001
                                       (202) 639-0999 (tel)
                                       (202) 783-5407 (fax)

                                       *Attorney for Marlon David*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 25th day of June 2007, I caused a true and correct copy of the foregoing Defendant David's Consent Motion to Continue Motions Hearing to be delivered to the parties in this case via Electronic Case filing.

_____
A. Eduardo Balarezo