**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* | : | Next Date:  7/20/07 |
| | : | |
| **MARLON DAVID** | : | |

## O R D E R

Upon consideration of Defendant David's Consent Motion to Continue Motions Hearing, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that the current Motions Hearing date of July 20, 2007, is hereby **VACATED,** and a new date will be set by the Court.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**