UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
|  | :  Criminal No. 06-CR-92(4) (TFH) |
| v. | :  Next Date: 7/20/07 |
|  | : |
| MARLON DAVID | : |

### ORDER

Upon consideration of Defendant David's Consent Motion to Continue Motions Hearing, it is this 26 day of June, 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that the current Motions Hearing date of July 20, 2007, is hereby **VACATED,** and a new date will be set by the Court.

THOMAS F. HOGAN
CHIEF JUDGE