UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.  06-92-04 (TFH) |
| | : | |
| MARLON CHRISTOPHER DAVID, | : | |
| Defendant. | : | Hearing Date:  Oct. 30, 2007 |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves pursuant to the Federal Rules of Criminal Procedure (F.R.Crim. P.), Rule 48, to dismiss Defendant David's indictment and his prosecution in the above captioned case without prejudice to the Government.  Defendant David, through his defense counsel, Attorney A. Eduardo Balarezo, opposes this Government motion.

WHEREFORE, the Government respectfully moves this Honorable Court to grant the Government's motion over the objection of Defendant David and Attorney A. E. Balarezo.

Respectfully submitted,

JEFFERY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By: _____/S/_____
MARTIN DEE CARPENTER
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 2nd day of October, 2007, to counsel for Defendant David, A. Eduardo Balarezo, Esquire, by electronic filing to:

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

/S/
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063

Email: martin.carpenter2@usdoj.gov