UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 06-92-04 (TFH) |
| | : | |
| **MARLON CHRISTOPHER DAVID,** | : | |
| Defendant. | : | Hearing Date: Oct. 30, 2007 |

### ORDER

Based on the representations in the Government's motion, it is hereby Ordered that the Government's motion is hereby GRANTED, this _____ day of October, 2007. Pursuant to the Federal Rules of Criminal Procedure, Rule 48, Defendant David's indictment and his prosecution in the above captioned case is hereby dismissed without prejudice to the Government.

It is hereby FURTHER ORDERED that the Government's motion and this Order be made a part of the record in this case. SO ORDERED.

_____
JUDGE THOMAS F. HOGAN
Chief Judge, United States District Court
　　　for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

Clerk of the Court
United States District Court
for the District of Columbia

United States Marshal's Service
United States District Court
for the District of Columbia