**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* : | |
| : | |
| **MARLON DAVID** : | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION**
**TO DISMISS WITHOUT PREJUDICE**

Defendant Marlon David ("David"), by and through undersigned counsel, respectfully responds to the Government's Motion to Dismiss Without Prejudice and states as follows:

1. Mr. David is charged in four counts of a seventeen-count indictment alleging various narcotics offenses His remaining co-defendant, Francis Cooke, recently pleaded guilty before the Court.

2. Mr. David was arrested on January 24, 2007, and has been held without bond since then – over seven months. During this time, the government produced discovery and motions were filed, though not yet heard by the Court. Based on his review of discovery and investigation of the case, counsel on several previous occasions attempted to persuade the government to dismiss the indictment against Mr. David for lack of evidence.

3. Claiming that it had good evidence against Mr. David, the government persisted in pursuing the charges against him. Now that only remaining co-defendant has pleased guilty, and after having sought his detention for the past seven months, the government seeks to dismiss the indictment.

4. The government has had since the inception of this case (March 14, 2006) – and certainly since the arrest of Mr. David – to make a case against him. Apparently it cannot

and has chosen to seek dismissal.

5. In its Motion, the government asserts that Mr. David, through counsel opposes the government motion. That assertion is misleading. Counsel and the government have had ongoing discussions regarding the possible dismissal beginning in late August 2007. (*See* Exh. 1). All along, counsel informed the government that Mr. David did not oppose the dismissal. Mr. David's only request was that the dismissal be with prejudice.

6. Based on the prejudice suffered by Mr. David during these past seven months of detention, including the loss of his employment, Mr. David respectfully requests that the Court dismiss the indictment against him with prejudice.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, defendant respectfully requests that the Court grant the government's motion to dismiss the indictment and dismiss the case with prejudice.

Dated: Washington, DC
October 2, 2007                                        Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.; Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel) / (202) 783-5407 (fax)
*Attorney for Marlon David*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October 2007, I caused a true and correct copy of the foregoing Defendant David's Response to Government's Motion to Dismiss Without Prejudice to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo