**From:** A. Eduardo Balarezo [lawoffice@balarezo.net]
**Sent:** Thursday, September 27, 2007 7:49 PM
**To:** 'Eduardo Balarezo'; 'Carpenter, Martin (USADC)'
**Subject:** RE: US v. David

Mr. Carpenter,

Please let me know what you intend to do.

Thanks,

aeb

_____

**law office of a. eduardo balarezo**
**400 fifth street, nw**
**suite 300**
**washington, dc  20001**
**t (202) 639-0999**
**f (202) 783-5407**

The information transmitted is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.

---

**From:** Eduardo Balarezo [mailto:lawoffice@balarezo.net]
**Sent:** Thursday, September 20, 2007 8:58 AM
**To:** 'Carpenter, Martin (USADC)'
**Cc:** lawoffice@balarezo.net
**Subject:** RE: US v. David

Mr. Carpenter:

I thought that I had made my client's position clear.

He does not oppose dismissal of the case.  He will, however, request that the dismissal be with prejudice.  If in your email you are referring to FRCP 48, I do not see where it requires you to obtain any response from the defendant.  Rule 48 simply states that the "government may, with leave of the court, dismiss an indictment, information or complaint.  The government may not dismiss the prosecution during trial without

the defendant's consent." There is nothing there to suggest that you need defendant's consent. If you are talking about another "Rule of Court" please point it out to me so I know what you are talking about.

If you feel that the case needs to be dismissed, then dismiss it. Whether or not Mr. David objects to dismissal without prejudice has nothing to do with anything. Be on notice that your failure to dismiss because of this issue will be considered by the defense as demonstrating the government's bad faith. Furthermore, it may constitute prosecutorial misconduct and will be the subject of further litigation.

Please do the right thing and file your dismissal.

aeb

_____

**Law Office of A. Eduardo Balarezo**
**400 Fifth Street, NW**
**Suite 300**
**Washington, DC  20001**
**(tel)  202-639-0999**
**(fax)  202-536-5646**

**The information transmitted is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.**

---

**From:** Carpenter, Martin (USADC) [mailto:Martin.Carpenter2@usdoj.gov]
**Sent:** Wednesday, September 19, 2007 11:01 PM
**To:** Eduardo Balarezo
**Subject:** RE: US v. David

Attorney Balarezo:  Please discuss this matter with your client.  We are considering dismissing your client's case without prejudice.  Our reading of the Rules of Court requires us to obtain your response to this question:  Do you and your client object to the government moving to dismiss your client's case without prejudice?

---

**From:** Eduardo Balarezo [mailto:lawoffice@balarezo.net]
**Sent:** Friday, September 07, 2007 3:20 PM
**To:** Carpenter, Martin (USADC)
**Cc:** 'Eduardo Balarezo'
**Subject:** US v. David

Mr. Carpenter,

I have spoken to my client about the government's desire to dismiss the case. He does not oppose the dismissal, but he does oppose it being without prejudice.
Please let me know how you will proceed.

eb

_____

**Law Office of A. Eduardo Balarezo**
**400 Fifth Street, NW**
**Suite 300**
**Washington, DC  20001**
**(tel)  202-639-0999**
**(fax)  202-536-5646**

**The information transmitted is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.**