UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-92(4) (TFH)** |
| *v.* : | |
| : | |
| **MARLON DAVID** : | |

## ORDER

Upon consideration of Government's Motion to Dismiss Without Prejudice and Defendant's Response Thereto, and for good cause shown and in the interest of justice, it is this _____ day of_____ 2007 hereby

**ORDERED**, that the Government's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED**, that the dismissal shall be with **PREJUDICE**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**