UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 06-92-04 (TFH) |
| | : | |
| MARION CHRISTOPHER DAVID, | : | |
| Defendant. | : | Hearing Date: Oct. 30, 2007 |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully replies to Defendant David's response to the Government's motion pursuant to the Federal Rules of Criminal Procedure (F.R.Crim. P.), Rule 48, to dismiss Defendant David's indictment and his prosecution in the above captioned case without prejudice to the Government. Defendant David, through his defense counsel, Attorney A. Eduardo Balarezo, opposed this Government motion and suggested that the Government has misled this Court because Defendant David through his counsel seeks a dismissal with prejudice. The Government has not filed such a motion.

The attachment to Defendant David's motion discloses that the Government has discussed the matter with Defendant David's counsel. See Defendant's Exhibit 1. During this discourse and continuing to the present, Defendant David cites no authority for a dismissal with prejudice. Defendant David has had the protections of the criminal law during the prosecution of his case. He was indicted by a properly constituted grand jury. He had the benefit of a preliminary and detention hearing. He has filed and had answered several motions all of which are not despositive of his case.

Additionally, if the Governemt were to withdraw its motion, Defendant David would have no claim of right or legal argument for a dismissal with prejudice.  In the current posture of this case, Rule 48 does not provide Defendant David with any right to oppose or contest the Government's motion.  During the Government's examination of Rule 48 it found no authority which would limit the Government's right to invoke Rule 48 as it had done in Defendant David's case.

WHEREFORE, the Government respectfully moves this Honorable Court to grant the Government's motion over the objection of Defendant David and Attorney A. E. Balarezo.

    Respectfully submitted,

    JEFFERY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NO. 498-610


By:    /S/
    MARTIN DEE CARPENTER
    Assistant United States Attorney
    Organized Crime and Narcotics Trafficking Section

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 3rd day of October, 2007, to counsel for Defendant David, A. Eduardo Balarezo, Esquire, by electronic filing to:

Attorney Eduardo Balarezo
Email: lawoffice@blalrezo.net

Attorney Brian K. McDaniel
Email:  kbmassociates@aol.com

Attorney Marie Elise Haldane
Email: ehaldane@msn.com

Attorney James W. Rudasill, Jr.
Email:  rudasilljr7@aol.com

                                            /S/
                                   MARTIN DEE CARPENTER, Bar No. 431-211
                                   Assistant United States Attorney
                                   Organized Crime & Narcotics Trafficking Section
                                   555 4th Street, N.W., Room No. 4116
                                   Washington, D.C.  20530
                                   (202) 514-7063

                                   Email: martin.carpenter2@usdoj.gov